# EXHIBIT "A"



**KN4 / ALL**
**Transmittal Number: 28930251**
**Date Processed: 04/16/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Christine DiDomizio<br>Jaguar Land Rover North America, LLC<br>100 Jaguar Land Rover Way<br>Mahwah, NJ 07495-1100 |
| **Electronic copy provided to:** | Ricardo Tapia<br>Ramsey Ong<br>Nadira Kirkland<br>Patricia Bradley<br>Agnes Wegiel<br>Timothy Fleming |

| | |
|---|---|
| **Entity:** | Jaguar Land Rover North America, LLC<br>Entity ID Number  3279821 |
| **Entity Served:** | Jaguar Land Rover North America, LLC |
| **Title of Action:** | Samia Nowzari, an individual  vs. Jaguar Land Rover North America, LLC |
| **Matter Name/ID:** | Samia Nowzari, an individual  vs. Jaguar Land Rover North America, LLC<br>(15576762) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Breach of Warranty |
| **Court/Agency:** | Orange County Superior Court, CA |
| **Case/Reference No:** | 30-2024-01392983-CU-BC-CJC |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/16/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Shainfeld Law, PC<br>310-295-1888 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically Filed by Superior Court of California, County of Orange, 04/11/2024 01:33:15 PM.
30-2024-01392983-CU-BC-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1
through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SAMIA NOWZARI, an individual

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Central Justice Center<br><br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | CASE NUMBER<br>*(Número del Caso):*   30-2024-01392983-CU-BC-CJC<br><br>Judge Jonathan Fish |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brett Shainfeld; Shainfeld Law, PC; 750 N. San Vicente Blvd., Ste 800 West; LA, CA 90069; 310-295-1888

| | | | |
|---|---|---|---|
| DATE:   04/11/2024  DAVID H. YAMASAKI, Clerk of the Court<br>*(Fecha)* | Clerk, by<br>*(Secretario)*   *K. Clima* | , Deputy<br>*(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

K. Climer

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*   **JAGUAR LAND ROVER NORTH AMERICA, LLC**

  under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
         ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
         ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*   4/16/2024

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

Electronically Filed by Superior Court of California, County of Orange, 04/17/2024 01:33:15 PM.
30-2024-01392983-CU-BC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

1  Brett Shainfeld, SBN 245093
SHAINFELD LAW, PC
2  750 N. San Vicente Blvd.
Suite 800 West
3  Los Angeles, CA 90069
Tel:  (310) 295-1888
4  Fax: (888) 567-2064

5

6  Attorneys for Plaintiff, SAMIA NOWZARI

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           FOR THE COUNTY OF ORANGE

10                                                    Assigned for All Purposes

                                                      Judge Jonathan Fish

11  SAMIA NOWZARI, an individual          )   CASE NO.   30-2024-01392983-CU-BC-CJC
                                          )
12                                        )
                                          )
13                                        )   UNLIMITED JURISDICTION
                                          )
14            Plaintiff,                   )   COMPLAINT FOR DAMAGES
                                          )
15       vs.                              )   1.  Breach of Written Warranty
                                          )       Pursuant to Magnuson-Moss
                                          )       Warranty Act;
16                                        )   2.  Breach of Implied Warranty
                                          )       Pursuant to Magnuson-Moss
17                                        )       Warranty Act;
                                          )   3.  Breach of Express Warranty
18  JAGUAR LAND ROVER NORTH               )       Pursuant to Song-Beverly Consumer
    AMERICA, LLC; and DOES 1 through      )       Warranty Act; and
19  50, Inclusive,                        )   4.  Breach of Implied Warranty
                                          )       Pursuant to Song-Beverly Consumer
20            Defendants.                  )       Warranty Act.
                                          )
21  _____)   DEMAND FOR JURY TRIAL

22

23

24  TO THE HONORABLE COURT AND DEFENDANTS HEREIN:

25       COMES NOW Plaintiff, SAMIA NOWZARI, an individual (hereinafter referred to as

26  "Plaintiff") for causes of action against manufacturer JAGUAR LAND ROVER NORTH

27  AMERICA, LLC; and DOES 1 through 50, inclusive, and alleges as follows:

28

## GENERAL ALLEGATIONS

1.     The true names and/or capacities, whether individual, corporate, associate, or otherwise, of defendants DOES 1 through 50, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes, and thereupon alleges, that each of the defendants fictitiously named herein as a DOE is legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to, and thereby proximately caused the injuries and damages to Plaintiff as hereinafter alleged.  Plaintiff will seek leave of Court to amend this Complaint and state the true names and/or capacities of said fictitiously named defendants when the same has been ascertained.

2.     Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned herein, Defendants, and each of them, including DOES 1 through 50, inclusive, and each of them, were the agents, servants, employees, and/or joint venturers' of their co-defendants, and each was, as such, acting within the course, scope, and authority of said agency, employment, and/or venture, and that each and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as an agent, employee, and/or joint venture.

3.     Plaintiff, SAMIA NOWZARI, is, and at times mentioned herein was, a resident of the County of Orange, State of California.

4.     Plaintiff is informed and believes and thereupon alleges that at all times mentioned herein, that Defendant, manufacturer JAGUAR LAND ROVER NORTH AMERICA, LLC (hereinafter "Manufacturer") is a corporation authorized to do business in the State of California and is engaged in the manufacture, sale, and distribution of motor vehicles and related equipment and services.  Manufacturer is also in the business of marketing, supplying, and selling written warranties to the public at large through a system of authorized dealerships.  Manufacturer does business in all counties in the state of California.

1       5.     On or about April 14, 2022, Plaintiff purchased a 2022 Land Rover Range

2  Rover (hereinafter "Range Rover"), manufactured by Manufacturer, with corresponding

3  Vehicle Identification Number SALKP9FU0NA001615, for valuable consideration.

4       6.     The price of the Range Rover, including sales tax, registration charges,

5  document fees and other collateral charges, such as finance charges, totaled approximately

6  $213,118.40.

7       7.     In consideration for the purchase of the Range Rover, manufacturer issued

8  and supplied several written warranties, including a 48 month/50,000 mile warranty, as well

9  as other standard warranties outlined in the Manufacturer's Warranty Booklet.

10       8.     On or about April 14, 2022 Plaintiff took possession of the Range Rover and

11  shortly thereafter experienced the various defects listed below that substantially impaired

12  the use, safety and/or value of the Range Rover.

13       9.     The defects listed below violate the express written warranties issued by

14  Manufacturer, as well as the implied warranty of merchantability.

15       10.     Plaintiff brought to Range Rover the authorized service dealerships of

16  Manufacturer for various defects, including, but not limited to the following:

17       a.     Defective body/trim as evidenced by tweeter falling off when closing

18  doors;

19       b.     Defective body/trim as evidenced by rear center console being

20  inoperable;

21       c.     Defective engine as evidenced by low coolant message illuminating;

22       d.     Defective engine as evidenced by vehicle dying while driving;

23       e.     Defective engine as evidenced by vehicle not starting;

24       f.     Defective engine as evidenced by vehicle shaking excessively on

25  startup;

26       g.     Defective braking/safety system as evidenced by brake warning message

27  illuminating;

28       h.     Defective engine as evidenced by multiple messages illuminating on

- 3 -
**COMPLAINT**

1   dash;

2        i.    Defective safety system as evidenced by infotainment system being inoperable;

3        j.    Defective safety/electrical system as evidenced by instrument cluster going

4   blank while driving; and

5        k.     Any additional complaints made by Plaintiff, whether or not they

6   are contained in the records or on any repair orders.

7      11.    Plaintiff provided Manufacturer through authorized dealers sufficient

8   opportunity to repair the Range Rover.

9      12.    Manufacturer, through its authorized dealers were unable and/or failed to

10   repair the Range Rover within a reasonable number of attempts.

11      13.    Said defects have substantially impaired the safety, use and or value of the

12   Range Rover.

13      14.    Said defects could not have been discovered by Plaintiff prior to Plaintiff's

14   acceptance of the Range Rover.

15      15.    As a result of said defects, Plaintiff revoked acceptance of the Range Rover

16   in writing on or about November 13, 2023.

17      16.    At the time of revocation of acceptance of the Range Rover, the Range Rover

18   was in substantially the same condition as at time of delivery except for damage caused by

19   its own wear and tear.

20      17.    Manufacturer refused Plaintiff's demand for revocation and has refused to

21   provide Plaintiff with the remedies Plaintiff is entitled to upon revocation.

22      18.    The Range Rover remains in a defective and unmerchantable condition, and

23   continues to exhibit the above-mentioned defects that substantially impair the Range

24   Rover's safety, use, and/or value.

25      19.    Plaintiff has and will continue to be financially damaged due to

26   Manufacturer's failure to comply with the provisions of the express and implied warranties.

27   ///

28   ///

**FIRST CAUSE OF ACTION**

**BREACH OF WRITTEN WARRANTY PURSUANT**

**TO THE MAGNUSON-MOSS WARRANTY ACT**

20.　　Plaintiff re-alleges and incorporates herein by reference each and every allegation and statement contained in paragraphs 1 through 19, inclusive, of the General Allegations, above.

21.　　Plaintiff is a purchaser of a consumer product who received the Range Rover during the duration of a written warranty period applicable to the Range Rover and who is entitled by the terms of the written warranty to enforce against Manufacturer the obligations of said warranty.

22.　　Manufacturer is a person engaged in the business of making a consumer product directly available to Plaintiff.

23.　　The Magnuson-Moss Warranty Act, Chapter 15 U.S.C.A., Section 2301 et. Seq. (hereinafter "Warranty Act") is applicable to Plaintiff's Complaint in that the Range Rover was manufactured, sold and purchased after July 4, 1975, and costs in excess of ten dollars ($10.00).

24.　　Plaintiff's purchase of the Range Rover was accompanied by written factory warranties for any non-conformities or defects in materials or workmanship, comprising an undertaking in writing in connection with the purchase of the Range Rover to repair the Range Rover or take other remedial action free of charge to Plaintiff with respect to the Range Rover in the event that the Range Rover failed to meet the specifications set forth in said undertaking.

25.　　Said warranties were the basis of the bargain of the contract between the Plaintiff and the Manufacturer for the sale of the Range Rover to Plaintiff.

26.　　Said purchase of Plaintiff's Range Rover was induced by, and Plaintiff relied upon, these written warranties.

27.　　Plaintiff has met all of her obligations and preconditions as provided in the written warranties.

28.     As a direct and proximate result of Manufacturer's failure to comply with the express warranties, Plaintiff has suffered damages, and in compliance with 15 U.S.C. § 2310(d), Plaintiff is entitled to bring suit for such damages and other equitable relief.

WHEREFORE, Plaintiff prays for judgement against Manufacturer as follows:

a.     Return of all monies paid or in alternative applicable damages pursuant to Section 2714 of the *Commercial Code*, and all incidental and consequential damages incurred;

b.     All reasonable attorneys' fees and costs, witness fees and all court costs and other costs; and

c.     Such other Relief that the Court deems just and appropriate.

## SECOND CAUSE OF ACTION

## BREACH OF IMPLIED WARRANTY PURSUANT

## TO THE MAGNUSON-MOSS WARRANTY ACT

29.     Plaintiff re-alleges and incorporates herein by reference each and every allegation and statement contained in paragraphs 1 through 28, inclusive, of the General Allegations, above.

30.     The Range Rover purchased by Plaintiff was subject to an implied warranty of merchantability as defined in 15 U.S.C. § 2301 (7) running from the Manufacturer to the intended consumer, Plaintiff herein.

31.     Manufacturer is a supplier of goods as a person engaged in the business of making a consumer product directly available to Plaintiff.

32.     Manufacturer is prohibited from disclaiming or modifying any implied warranty when making a written warranty to the consumer or when Manufacturer has entered into a contract within ninety (90) days of purchase to perform services relating to the maintenance or repair of a motor vehicle.

33.     Pursuant to 15 U.S.C. § 2308, Plaintiff's Range Rover was impliedly warranted to be substantially free from defects and non-conformities in both material and workmanship, and thereby fit for the ordinary purpose for which the Range Rover was

1   intended.

2       34.     The Range Rover was warranted to pass without objection in the trade under

3   the contract description, and was required to conform to the descriptions of the vehicle

4   contained in the contracts and labels.

5       35.     The above-described defects in the Range Rover render it unfit for the

6   ordinary and essential purpose for which the Range Rover was intended.

7       36.     As a result of the breaches of implied warranty by Manufacturer, Plaintiff has

8   suffered and continues to suffer various damages.

9       WHEREFORE, Plaintiff prays for judgement against Manufacturer as follows:

10          a.     Return of all monies paid or in alternative applicable damages

11  pursuant to Section 2714 of the *Commercial Code*, and all incidental and consequential

12  damages incurred;

13          b.     All reasonable attorneys' fees and costs, witness fees and all court

14  costs and other costs; and

15          c.     Such other Relief that the Court deems just and appropriate.

16              **THIRD CAUSE OF ACTION**

17              ~~BREACH OF EXPRESS WARRANTY PURSUANT~~

18              **TO THE SONG-BEVERLY CONSUMER WARRANTY ACT**

19      37.     Plaintiff realleges and incorporates herein by reference each and every

20  allegation and statement contained in paragraphs 1 through 36, inclusive, of the General

21  Allegations, above.

22      38.     Pursuant to California *Civil Code* §1793.2, Plaintiff has presented the Range

23  Rover to authorized service dealers of Manufacturer within the term of protection and have

24  tendered the Range Rover for repairs for the above-mentioned defects that substantially

25  affect the safety, use and/or value of the Range Rover.

26      39.     Manufacturer has been unable or unwilling to repair said defects within a

27  reasonable amount of time.

28      40.     Pursuant to *Civil Code* §1793.2, Plaintiff is entitled to a refund of the full

- 7 -
**COMPLAINT**

1   purchase price of the vehicle, including all collateral charges and finance charges, and/or a

2   replacement vehicle, plus all attorneys' fees and costs.

3        41.    Manufacturer has willfully violated the provisions of this act by knowing of

4   their obligations to refund or replace Plaintiff's Range Rover, but refusing to fulfill them.

5        WHEREFORE, Plaintiff prays for judgement against Manufacturer as follows:

6        a.    Return of the Range Rover's purchase price and all incidental and

7   consequential damages incurred by Plaintiff;

8        b.    Return of all finance charges incurred by Plaintiff for the Range

9             Rover;

10       c.    All reasonable attorneys' fees and costs, witness fees and all court

11   costs and other costs;

12       d.    A civil penalty pursuant to California *Civil Code* §1794 (c); and

13       e.    Such other Relief that the Court deems just and appropriate.

14            **FOURTH CAUSE OF ACTION**

15        **BREACH OF IMPLIED WARRANTY PURSUANT TO**

16        **THE SONG-BEVERLY CONSUMER WARRANTY ACT**

17       42.    Plaintiff re-alleges and incorporates herein by reference each and every

18   allegation and statement contained in paragraphs 1 through 41, inclusive, of the General

19   Allegations, above.

20       43.    The Range Rover purchased by Plaintiff was subject to an implied warranty

21   of merchantability as defined by California *Civil Code* §1790 running from the

22   Manufacturer to the intended consumer, Plaintiff herein.

23       44.    Manufacturer is a supplier of consumer goods as a person engaged in the

24   business of making consumer products directly available to Plaintiff.

25       45.    Manufacturer are prohibited from disclaiming or modifying any implied

26   warranties under *Civil Code* §1790.

27       46.    Pursuant to *Civil Code* §1790, Plaintiff's Range Rover was impliedly

28   warranted to be fit for the ordinary purpose for which it was intended.

- 8 -
**COMPLAINT**

1    47.   The Range Rover was warranted to pass without objection in the trade under

2    the contract description, and was required to conform to the descriptions of the vehicle

3    contained in the contracts and labels.

4    48.   The above-described defects in the Range Rover caused it to fail to possess

5    even the most basic degree of fitness for ordinary use.

6    49.   As a result of breaches of implied warranty by Manufacturer, Plaintiff has

7    suffered and continues to suffer various damages.

8    WHEREFORE, Plaintiff prays for judgement against Manufacturer as follows:

9    a.   Return of all monies paid or in alternative applicable damages

10   pursuant to Section 2714 of the *Commercial Code*, and all incidental and consequential

11   damages incurred;

12   b.   All reasonable attorneys' fees and costs, witness fees and all court

13   costs and other costs; and

14   c.   Such other Relief that the Court deems just and appropriate.

15   Dated: April 11, 2024                    SHAINFELD LAW
                                              A Professional Corporation
16

17

18                                           By: _____
                                                 BRETT SHAINFELD
19                                               Attorney for Plaintiff,
                                                 SAMIA NOWZARI
20

21

22

23

24

25

26

27

28

- 9 -
**COMPLAINT**

1

**DEMAND FOR JURY TRIAL**

2

      Plaintiff, SAMIA NOWZARI, hereby demands a trial by jury.

3

Dated: April 11, 2024            SHAINFELD LAW
A Professional Corporation

4

5

6

By: _____

7

      BRETT SHAINFELD
      Attorney for Plaintiff,
      SAMIA NOWZARI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Filed by Superior Court of California, County of Orange, 04/11/2024 01:33:15 PM.
30-2024-01392983-CU-BC-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brett Shainfeld (SBN 245093)<br>Shainfeld Law, PC- 750 N. San Vicente Blvd., Suite 800 West, Los Angeles, CA 90069<br>TELEPHONE NO.: 310-295-1888   FAX NO. (Optional):<br>E-MAIL ADDRESS: brett@shainfeldlaw.com<br>ATTORNEY FOR (Name): Plaintiff SAMIA NOWZARI | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Same
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME:

CASE NAME:
Central Justic Center

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 30-2024-01392983-CU-BC-CJC |
| | | | | JUDGE Judge Jonathan Fish<br>DEPT.: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action (specify): Four (4)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: April 11, 2024

Brett Shainfeld

▶

*Brett Shainfeld*

(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer*
        *or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
      *domain, landlord/tenant, or*
      *foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-*
      *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
      *harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME:  Central Justice Center | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
|---|---|
| PLANTIFF: Samia Nowzari | |
| DEFENDANT: Jaguar Land Rover North America, LLC | **Apr 13, 2024**<br>Clerk of the Court<br>By: K. Climer, Deputy |
| Short Title: NOWZARI VS. JAGUAR LAND ROVER NORTH AMERICA, LLC | |
| **NOTICE OF HEARING<br>CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01392983-CU-BC-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>10/28/2024</u> at <u>09:00:00 AM</u> in Department <u>C13</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

<u>IMPORTANT:</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

<u>IMPORTANTE:</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

<u>QUAN TRỌNG:</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _K. Climer_____ , Deputy

**NOTICE OF HEARING**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** NOWZARI VS. JAGUAR LAND ROVER NORTH AMERICA, LLC

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2024-01392983-CU-BC-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 04/13/2024. Following standard court practice the mailing will occur at Sacramento, California on 04/15/2024.

Clerk of the Court, by: _K. Elina_ _____ , Deputy

SHAINFELD LAW, PC
750 N SAN VICENTE BOULEVARD # 800 WEST
LOS ANGELES, CA 90069

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

V3 1013a (June 2004)

Code of Civil Procedure , § CCP1013(a)

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF ORANGE**

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

**NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):**

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its website as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

L1200 (Rev. March 2019)                                                                                   Page 2 of 4

**Less discovery.** There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have  sufficient information to resolve the dispute.

**Additional costs.** The neutral may charge a fee for his or her services. If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.** Lawsuits must be brought within specified periods of time, known as statues of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.** In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

    **Cases for Which Arbitration May Be Appropriate.** Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

    **Cases for Which Arbitration May <u>Not</u> Be Appropriate.** If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.** In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

    **Cases for Which Mediation May Be Appropriate.** Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

    **Cases for Which Mediation May <u>Not</u> Be Appropriate.** Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.** In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.** Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate.** Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.** Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

**ADDITIONAL INFORMATION.**

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:

- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, at 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Low cost mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA). For information regarding DRPA, contact:

- Waymakers (949) 250-4058

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY:                                  STATE:           ZIP CODE:<br>TELEPHONE NO.:                    FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(name)*: | **For your protection and privacy, please press the Clear This Form button after you are done printing this form.** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-4593

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
       ☐ Under section 1141.11 of the Code of Civil Procedure
       ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date:_____       _____      _____
                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date:_____       _____      _____
                      (SIGNATURE OF DEFENDANT OR ATTORNEY)     (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**