1  BOWMAN AND BROOKE LLP
   Richard L. Stuhlbarg (SBN: 180631)
2  Jeffrey M. Tsair (SBN: 325489)
   970 West 190th Street, Suite 700
3  Torrance, California 90502
   Tel No:   310/ 768-3068
4  Fax No:   310/ 719-1019
   efilejlrna@bowmanandbrooke.com
5
   Attorneys for Defendant,
6  JAGUAR LAND ROVER NORTH AMERICA, LLC

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | SAMIA NOWZARI,                         ) **CASE NO.:** 8:24-cv-01070-JWH-JDE
                                            )
12 |            Plaintiffs,                 ) **JOINT NOTICE OF SETTLEMENT**
                                            ) **AND REQUEST TO RETAIN**
13 |     vs.                                ) **JURISDICTION**
                                            )
14 | JAGUAR LAND ROVER NORTH                ) Action Filed:   April 11, 2024
     AMERICA, LLC and DOES 1                ) Trial:          None
15 | through 10, inclusive,                 )
                                            )
16 |            Defendants.                 )
                                            )
17                                          )
                                            )
18                                          )

19

20 | / / /

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

## NOTICE OF SETTLEMENT

Plaintiff SAMIA NOWZARI and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate or continue all pending due dates and hearings, including the Scheduling Conference currently scheduled for June 28, 2024, and retain jurisdiction until the Parties can fully perform their duties under the settlement agreement. Payment is expected to be made approximately 45-60 days from the date of this Notice.

Respectfully Submitted,

DATED: June 10, 2024                         BOWMAN AND BROOKE LLP

BY:  */s/ Richard L. Stuhlbarg*
Richard L. Stuhlbarg
Jeffrey M. Tsair
Attorneys for Defendant
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

DATED: June 10, 2024                         SHAINFELD LAW, PC

BY:  */s/ Brett Shainfeld*
Brett Shainfeld
Attorney for Plaintiff
**SAMIA NOWZARI**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I filed the foregoing document entitled ***JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

       /s/ Richard L. Stuhlbarg
Richard L. Stuhlbarg