BOWMAN AND BROOKE LLP
Richard L. Stuhlbarg (SBN: 180631)
Jeffrey M. Tsair (SBN: 325489)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:   310/ 719-1019
efilejlrna@bowmanandbrooke.com

Attorneys for Defendant,
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIA NOWZARI,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:24-cv-01070-JWH-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff Samia Nowzari and Jaguar Land Rover North America, LLC by and through their respective attorneys of record, that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each side is to be responsible for and bear its own costs, expenses, and attorney's fees.  No further claim for damages, costs, expenses, or attorney's fees shall be made by either party.

/ / /

/ / /

1  IT IS STIPULATED.

2

3  DATED:                               BOWMAN AND BROOKE LLP

4

5                                       BY: _____
6                                           Richard L. Stuhlbarg
                                            Jeffrey M. Tsair
7                                           Attorneys for Defendant
                                            JAGUAR LAND ROVER NORTH
8                                           AMERICA, LLC

9

10 DATED:                               SHAINFIELD LAW, PC

11

12

13                                      BY:_____
                                           Brett Shainfeld
14                                         Attorney for Plaintiff
                                           SAMIA NOWZARI

15

16

17

18            **ATTESTATION OF ELECTRONIC SIGNATURES**

19     I, Jeffrey Tsair, attest that all signatories listed, and on whose behalf this

20 filing is submitted, concur in the filing's content and have authorized the filing of

21 this Stipulation.

22                                              /s/ Jeffrey Tsair

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I filed the foregoing document entitled **STIPULATION OF DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                */s/Jeffrey Tsair*